```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE A01-0160--CR (JKS)
                         "USA V DAMARIS A. STALLWORTH"
                         DEF 1.1 STALLWORTH, DAMARIS A.

       In public format, including terminated defendants, excluding terminated counsel
```

```
   Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 10/23/01
            Closed: 04/17/02
 No. of Defendants: 1
    MJ Case Number:
               AKA:
   Location status: Released on Bond
        Trial date:
        Terminated: YES
  Needs interpreter: NO
  Counsel of record: Lance C. Wells
                    733 W. 4th Avenue, Suite 308
                    Anchorage, AK 99501
                    907-274-9696
                    FAX 907-277-9859
                    Serve: YES
                     Type: Retained
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Joseph W. Bottini
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 STALLWORTH, DAMARIS A.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 INF | 1 | 18:2113(b) BANK LARCENY (F) | Sentenced (23-1) |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A01-0160--CR (JKS)
                              "USA V DAMARIS A. STALLWORTH"

                         In public format, for all filing dates
```

```
  Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
            Filed: 10/23/01
           Closed: 04/17/02
No. of Defendants: 1
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 10/23/01 | [Re: DEF 1] PLF 1 Information. |
| NOTE - | 1 | 10/24/01 | Issued: Summons. |
| NOTE - | 2 | 10/24/01 | Issued: Proposed Trial Date Setting for Arr to CMC for USDJ. |
| 2 - | 1 | 10/24/01 | [Re: DEF 1] JDR Minute Order re Arr set for 11/27/01 at 9:30 a.m. cc: USA, USM, USPO, D. Stallworth w/USM cy |
| 3 - | 1 | 11/02/01 | USM Return of svc of summons on DEF 1 executed on 11/2/01. |
| 4 - | 1 | 11/21/01 | [Re: DEF 1] JDR Minute Order re Arr set for 11/27/01 at 9:30 a.m. is RESET for 10:00 a.m. cc: USA, USM, USPO |
| 5 - | 1 | 11/27/01 | [Re: DEF 1] PLF 1 Discovery conference certificate. |
| NOTE - | 3 | 11/28/01 | Issued: Speedy Trial Notice to Judge Singleton. cc: Patty Demeter |
| 6 - | 1 | 11/28/01 | [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] re Arr on Felony Info (held 11/27/01); L. Wells retained; def pled not guilty; bond set at $5,000. unsecured; PTM's due 12/14/01; cnsl advised of trial date 1/7/02; L. Wells to file entry of appearance. cc: USA, L. Wells, USM, USPO, Judge Singleton |
| 7 - | 1 | 11/28/01 | [Re: DEF 1] Waiver of indictment. cc: AUSA, L. Wells distributed 1/3/02 |
| 8 - | 1 | 11/28/01 | [Re: DEF 1] Appearance bond of $5,000. unsecured. |
| 9 - | 1 | 11/28/01 | [Re: DEF 1] Order setting conditions of release re Bond set at $5,000. unsecured. cc: USA, L. Wells, USM, USPO |
| 10 - | 1 | 11/28/01 | [Re: DEF 1] JDR Order regarding preparation for trial re PTM's due 12/14/01; cnsl to meet & confer by 11/27/01. cc: USA, L. Wells |
| 11 - | 1 | 11/28/01 | DEF 1 Attorney Appearance of Lance C. Wells. |
| 12 - | 1 | 11/29/01 | [Re: DEF 1] JKS Minute Order re: FPTC is set 1/2/02 at 3:30 p.m. in Courtroom #3; TBJ is set 1/7/02 at 9:00 a.m.  cc: J. Bottini, L. Wells, USM, USPO, MJ Roberts, Jury Clerk |
| 13 - | 1 | 01/02/02 | [Re: DEF 1] PLF 1 Plea Agreement. |
| 14 - | 1 | 01/03/02 | [Re: DEF 1] JKS Court Minutes [ECR: Denali Elmore] PCOP held 1/2/02. Def cahnged plea to guilty as to count 1 of the information. court accepted plea. IOS is set for 4/15/02 at 10:00 a.m.  Conditions of release remain as previoulsy set.  Court amended waiver of Indictment to reflect charges.  TBj set 1/7/02 is vacated. cc: J. Bottini, L. Wells, Jury Clerk, MJ Roberts, USM, USPO |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A01-0160--CR (JKS)
                           "USA V DAMARIS A. STALLWORTH"

                       In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 15 - | 1 | 01/23/02 | DEF 1 motion on shortened time for bail review hearing. |
| 16 - | 1 | 01/24/02 | [Re: DEF 1] JKS Minute Order referring the motion at dkt 15 to Judge Roberts.  cc: cnsl, MJ Roberts, USM, USPO |
| 17 - | 1 | 01/24/02 | [Re: DEF 1] JDR Minute Order granting motion on shortened time for bail review hearing (15-1); bail review hrg set 3:00 p.m., 1/25/02.  cc: USA, L. Wells, USM, PO |
| 18 - | 1 | 01/29/02 | [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] re Bail Review Hrg (held 1/25/02); proposed bail cond's granted as directed. cc: USA, L. Wells, USM, USPO |
| 19 - | 1 | 04/02/02 | DEF 1 Sentencing Memorandum. |
| 20 - | 1 | 04/09/02 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 21 - | 1 | 04/10/02 | [Re: DEF 1] JKS Minute Order resetting IOS set for 10:00 a.m. on 4/15/02 to 4:00 p.m. on 4/15/02. cc: USA, L. Wells, USM, PO, MJ Roberts |
| 22 - | 1 | 04/16/02 | [Re: DEF 1] JKS Court Minutes [ECR: Denali Elmore] IOS, held 4/15/02, probation 5 years; s/a $100, restitution $7171.05. |
| 23 - | 1 | 04/17/02 | [Re: DEF 1] JKS Judgment pleaded guilty to count(s) 1 of the Information (1-1); sentenced to 60 mo probation; S/A $100; fine $7,171.05. cc: USA, L. WELLS, USM, PO, DEF w/cnls cy, MJ Roberts, FLU |
| 24 - | 1 | 04/22/02 | [Re: DEF 1] JKS Order and Request for Modifications of Supervision w/Consent of the Offender; modifications granted as directed. cc: USPO |
| 25 - | 1 | 05/17/02 | [Re: DEF 1] Partial Transcript re: IOS held 4/15/02. |
| NOTE - | 4 | 04/08/03 | Issued: writ of execution re: DEF 1 on PFD. |
| 26 - | 1 | 04/08/03 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| 27 - | 1 | 10/28/03 | USM Return of svc on writ of execution re: DEF 1 partially satisfying writ in the amt $1,037.56 (receipt 00121647) on 4/10/03. |
| 28 - | 1 | 11/26/03 | [Re: DEF 1] PLF 1 motion to release attached PFD funds. |
| 29 - | 1 | 12/02/03 | [Re: DEF 1] JKS Order granting mot to release attached PFD funds in the amount of $1,087.56 (28-1). cc: USA, L. Wells, Finance |
| 30 - | 1 | 07/25/05 | [Re: DEF 1] JKS Order and petition for modifiaction of conditions of probation as directed. cc: USPO |
| 31 - | 1 | 10/21/05 | [Re: DEF 1] JWS Order and Request for Modification of Cond's or Term of SR as directed. cc: USPO |