PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska

Request for Modification of Conditions or Term of Probation
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Damaris Stallworth            Case Number: A01-160 CR (JKS)

Sentencing Judicial Officer:   James K. Singleton, Senior U.S. District Court Judge

Date of Original Sentence:   April 15, 2002

Original Offense:   Bank Larceny

Original Sentence:   Five years probation

Date Supervision Commenced: April 15, 2002

### PETITIONING THE COURT

[ ]   To extend the term of probation for _____ years, for a total term of _____ years.
[X]   To modify the conditions of probation as follows:

The defendant shall reside at the Cordova Center, a community corrections center under contract to the Federal Bureau of Prisons, for up to 90 days and shall comply with the rules of the center including co-payments for the cost of residency at the center. The defendant may be released for employment and medical needs as administered by the center and for treatment or other activities as directed by the probation officer.

### CAUSE

On or about November 11, 2005, the defendant was cited for Shoplifting. She was arraigned on that charge on November 25, 2005. On December 2, 2005, the defendant plead guilty to said charge.

Respectfully submitted,

*/s/ Travis Lyons*

-1-

*Request for Modification of Conditions or Term*
*Name of Offender      :      Damaris Stallworth*
*Case Number           :      A01-160 CR (JKS)*

                                                    Travis Lyons
                                                    U.S. Probation Officer
                                                    Date: February 7, 2006

Approved by:

*/s/ Eric D. Odegard*
Eric D. Odegard
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[ ]   The Modification of Conditions as Noted Above
[ ]   Other:

_____

*/s/ for James K. Singleton*
James K. Singleton
Senior U.S. District Court Judge
Date: February 8, 2006

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

**U.S.A. v Damaris Stallworth**                                  Docket No. A01-160 CR (JKS)

I, <u>Damaris Stallworth</u>, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of probation or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of probation or to the proposed extension of my term of supervision:

The defendant shall reside at the Cordova Center, a community corrections center under contract to the Federal Bureau of Prisons, for up to 90 days and shall comply with the rules of the center including co-payments for the cost of residency at the center. The defendant may be released for employment and medical needs as administered by the center and for treatment or other activities as directed by the probation officer. Should the defendant obtain gainful employment, the probation officer may consider a term of less than 90 days.

Signed: _D. Stallworth_                                  Date: 2-7-06
         Damaris Stallworth
         Probationer or Supervised Releasee

Witness: _Travis Lyons_                                  Date: 2/7/06
         Travis Lyons
         U.S. Probation/Pretrial Services Officer