MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs DAMARIS A. STALLWORTH   CASE NO. 3:01-CR-00160-JKS
Defendant: X Present X In Custody

BEFORE THE HONORABLE     JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:     CAROLINE EDMISTON

UNITED STATES ATTORNEY:    JOE BOTTINI

DEFENDANT'S ATTORNEY:     KEVIN MCCOY, APPOINTED

U.S.P.O.:                 CHRIS LIEDIKE

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE PROBATION
             Held 03/30/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:29 a.m. court convened.

 X Copy of Petition to Revoke Probation given to defendant: read.

 X Defendant sworn.

 X Defendant advised of general rights, charges and penalties.

 x Defendant states true name:   Same as above.

 X Financial Affidavit filed; Federal Public Defender accepted appointment; FPD notified.

 X Defendant DENIED Allegations 1, 2, & 3 of the Petition to Revoke Probation.

 X Consent to be filed on or before **March 31, 2006** or case shall be transferred to U.S. District Judge.

 X Defendant detained; Order of Detention Pending Trial **FILED.**

At 9:40 a.m. court adjourned.

DATE:     March 30, 2006      DEPUTY CLERK'S INITIALS:    Ce