Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAMARIUS A. STALLWORTH,<br><br>Defendant. | NO. 3:01-CR-00160-JKS<br><br>**WAIVER OF PRELIMINARY HEARING** |

Comes now the Defendant Damarius Stallworth, through counsel, and hereby waives her right to a preliminary hearing and asks that the matter be scheduled for an evidentiary hearing on the merits of the petition to revoke probation at a date and time convenient to the court and counsel.

DATED at Anchorage, Alaska this 4th day of April 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:        907-646-3400
Fax:          907-646-3480
E-Mail:       kevin_mccoy@fd.org

Certification:
I certify that on April 4, 2006,
a copy of the *Waiver of Preliminary
Hearing* was served electronically on:

Joseph W. Bottini
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Travis Lyons
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562


s/Kevin F. McCoy