UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DAMARIUS A. STALLWORTH,<br><br>　　　　Defendant. | NO. 3:01-CR-00160-JKS<br><br>**PROPOSED ORDER SETTING HEARING** |

After due consideration of the defendant's Waiver of Preliminary Hearing, an evidentiary hearing on the merits of the petition to revoke probation is scheduled for April \_\_\_, 2006, at _____ _____.m.

DATED this _____ day of April 2006, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOHN D. ROBERTS
　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE