Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 3:01-CR-00160-JKS |
| vs. | |
| DAMARIUS A. STALLWORTH, | **CONSENT TO EVIDENTIARY HEARING BEFORE MAGISTRATE JUDGE** |
| Defendant. | |

Damarius Stallworth consents to an evidentiary hearing on the petition to revoke probation before the Magistrate Judge.

DATED at Anchorage, Alaska this 4th day of April, 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
Alaska Bar No. 7705042
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Phone:         907-646-3400
Fax:              907-646-3480
E-Mail:        kevin_mccoy@fd.org

Certification:

I certify that on April 4, 2006,
a copy of the foregoing document
was served electronically on:

Joseph W. Bottini, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


s/Kevin F. McCoy