# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| <u>   UNITED STATES OF AMERICA   </u>   v. | <u>   DAMARIS A. STALLWORTH   </u> |
| THE HONORABLE JOHN W. SEDWICK | CASE NO. <u>   3:01-cr-00160-JWS   </u> |
| <u>Deputy Clerk</u> | <u>Official Recorder</u> |
| <u> Pam Richter           </u> | <u>                         </u> |

APPEARANCES:   for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The evidentiary hearing and disposition hearing, if appropriate, on the petition to revoke probation of the above-named defendant is hereby SET for Thursday, April 13, 2006, at 8:30 a.m., before the Honorable John W. Sedwick.

DATE: <u> April 10, 2006  </u>

ENTERED AT JUDGE'S DIRECTION
INITIALS: <u>  prr  </u>
Deputy Clerk

[FORMS*IA*]