# United States District Court
## for the
## DISTRICT OF ALASKA

RECEIVED
APR 2 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> Damaris A. Stallworth ) | Case Number: A01-0160 CR (JKS) <br><br> **WARRANT FOR ARREST** |

TO: The United States Marshal
and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest Damaris A. Stallworth and bring her forthwith to the nearest Magistrate Judge to answer a probation violation petition charging her with three violations of her term of probation.

_/s/ James K. Singleton_
James K. Singleton
Senior U.S. District Court Judge

March 29, 2006
Date

---

### RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named defendant at: U.S. Probation Office.

| Date Received: 3/29/06 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 3/29/06 | John Olson  USPO | _/s/_ |