NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Fax:  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:01-cr-00160-JKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | PLAINTIFF'S MOTION TO |
| | ) | RELEASE PFD FUNDS |
| DAMARIS A. STALLWORTH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff the United States of America, through the United States Attorney for the District of Alaska, hereby moves this Court to release funds currently held in the Court's Registry.

1.   On or about April 24, 2007, a Writ of Execution pursuant to Alaska Statute 43.23.065 was entered in this action attaching defendant's Alaska Permanent Fund dividend payment for 2007.

2.   Alaska Statute 43.23.065(d) frees plaintiff from the service requirement of notifying the debtor of the writ.  The Alaska Department of Revenue automatically notifies the debtor of

attached PFD funds at the time the funds are issued and mailed to the U.S. Marshal.

    3.   Pursuant to execution of the Writ, on or about November 19, 2007, dividend monies from the State of Alaska in the amount of $1,626.00 were deposited into the Registry of this Court.

    4.   More than thirty (30) days have elapsed since the State notified the defendant of her right to object.  To date, no objection has been filed.  Defendant's right to object is now in default.

WHEREFORE, plaintiff hereby requests that the attached funds in the amount of $1,626.00 currently held in the Court's Registry be released and deposited into U.S. Treasury Account 0022-6855XX, as payment toward Defendant's restitution.

RESPECTFULLY SUBMITTED this 17th day of December 2007, at Anchorage, Alaska.

                      NELSON P. COHEN
                      UNITED STATES ATTORNEY

                      s/Richard L. Pomeroy
                      RICHARD L. POMEROY
                      ASSISTANT U.S. ATTORNEY
                      222 West 7th Avenue # 9, Room 253
                      Anchorage, AK 99513-7567
                      Telephone: (907) 271-5071
                      Fax:  (907) 271-2344
                      E-mail: richard.pomeroy@usdoj.gov
                      AK #8906031

I declare under penalty of perjury that a true
and correct copy of the foregoing Motion to
Release PFD Funds was served on Damaris
Stallworth by First Class Mail on December 17, 2007.

s/Richard L. Pomeroy